## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE: Edouard L Benjamin** | Case no. 19-25903-RAG |
| **(Debtor(s)** | Chapter 13 |
| **Edouard L Benjamin** | |
| Movant | |
| **Department of Labor Federal Credit Union** | |
| Respondent(s) | |

### Motion to Value Collateral and Set Interest Rate

Edouard L Benjamin file(s) this Motion to Value Collateral and Set Interest Rate and in support thereof state(s) as follows:

1. On 11/29/2019, Debtor commenced case in the Court seeking relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor owns an interest in collateral described as 2520 Madison Avenue, Baltimore, MD (the "Collateral").

3. Department of Labor Federal Credit Union filed a secured claim asserting the amount $16,232.82 at 10.00000% per annum. . Attached, as Exhibit A is a copy of Proof of claim filed by Department of Labor Federal Credit Union.

4. The proper interest rate for this loan is 4.25% based on the current market rate of interest on similar loans. Attached, as Exhibit B is a copy of the historical prime rate.

**WHEREFORE,** the Debtor prays that this Court enter an order setting the interest rate on claim to a market rate of 4.25% and granting such other relief as the court shall deem just and proper.

                                        /s/ J. Michael Broumas
                                        J. Michael Broumas, Esquire
                                        Broumas Law Group LLC
                                        8370 Court Avenue, Suite 203
                                        Ellicott City, Maryland 21043
                                        (410) 840-7575
                                        Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 06, 2020 , I reviewed the Court's CM/ECF system and it reports that an electronic copy of Motion to Value Collateral and Set Interest Rate will be served electronically by the Court's CM/ECF system on the following

Robert S. Thomas, II

I HEREBY FURTHER CERTIFY that on April 06, 2020 I mailed a copy of Motion to Value Collateral and Set Interest Rate first class mail, postage prepared, to:

| POC Notices: | POC Signor: |
|---|---|
| Department of Labor Federal Credit Union | Diana C. Theologou |
| c/o Silverman Theologou, LLP | Attorney for Dept of Labor FCU |
| 11200 Rockville Pike Ste. 520, | c/o Silverman Theologou, LLP |
| N. Bethesda, MD 20852 | 11200 Rockville Pike Ste. 520, |
| | N. Bethesda, MD 20852 |

Joan Moran
President/CEO
Department of Labor Federal Credit Union
200 Constitution Ave NW,
Washington, DC 20210

                                        /s/      J. Michael Broumas
                                        J. Michael Broumas, Esquire