UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: Edouard L Benjamin<br><br>(Debtor(s)) | Case no. 19-25903-RAG<br><br>Chapter 13 |
| Edouard L Benjamin<br><br>Movant(s)<br><br>Department of Labor Federal Credit Union<br><br>Respondent(s) | |

**Notice of Motion to Value Collateral and Set Interest Rate and Hearing Thereon**

A Motion to Value Collateral and Set Interest Rate was filed on behalf of the debtor(s) to affect Department of Labor Federal Credit Union's rights in a 2520 Madison Avenue, Baltimore, MD Your rights may be affected. You should read these papers carefully and discuss them with your attorney. A copy of the motion is attached. If you do not want the court to grant the motion avoiding lien, or if you want the court to consider your views on the motion, then by 5/04/2020, you or your attorney must file with the Clerk of the Bankruptcy Court, a written response to the motion explaining your position and mail a copy of such response to:

                J. Michael Broumas, Esquire
                8370 Court Avenue, Suite 203
                Ellicott City, MD 21043

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so the court will receive it by the date stated above. If a timely response is filed a hearing on the motion will take place on **5/29/2020** at **10:30 AM – Courtroom 1-B**, United States Bankruptcy Court located at **101 W Lombard St**

**Baltimore, MD 21201.**

If you or your attorney do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Date:   April 06, 2020

**/s/ J. Michael Broumas**
J. Michael Broumas, Esquire
8370 Court Avenue, Suite 203
Ellicott City, MD 21043
410-840-7575

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 06, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Notice of Motion to Value Collateral and Set Interest Rate and Hearing Thereon first-class, postage-prepaid to on this April 06, 2020 to::

**Robert S. Thomas, II**

I HEREBY FURTHER CERTIFY that on April 06, 2020 I mailed a copy of Notice of  Motion to Value Collateral and Set Interest Rate and Hearing Thereon  first class mail, postage prepared, to:

POC Notices:
Department of Labor Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike Ste. 520,
N. Bethesda, MD 20852

POC Signor:
Diana C. Theologou
Attorney for Dept of Labor FCU
c/o Silverman Theologou, LLP
11200 Rockville Pike Ste. 520,
N. Bethesda, MD 20852

Joan Moran
President/CEO
Department of Labor Federal Credit Union
200 Constitution Ave NW,
Washington, DC 20210

                                          /s/    J. Michael Broumas
                                          J. Michael Broumas, Esquire