**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE: Edouard L Benjamin** | **Case no. 19-25903-RAG** |
| **(Debtor(s)** | **Chapter 13** |
| **Edouard L Benjamin** | |
| **Movant(s)** | |
| **Department of Labor Federal Credit Union** | |
| **Respondent(s)** | |

**Order Granting Motion to Value Collateral and Set Interest Rate**

      Having considered Movant(s) Motion to Value Collateral and Set Interest Rate, and any response filed thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Maryland,

      ORDERED, that the interest rate to be paid in the Chapter 13 plan on Respondent's claim is set at 4.25%;

      ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C. §1328 or the Movant(s) completes performance of the Movant(s) confirmed Chapter 13 plan in this case, the lien held in favor of Respondent on the Movant(s) interest in the property described as 2520 Madison Avenue, Baltimore, MD in the Motion, shall be released notwithstanding the interest rate reduction.

      ORDERED, that allowance of the claim of the Respondent pursuant to this order is without prejudice to objection to such claim on other grounds.

Cc:
J. Michael Broumas, Esquire
8370 Court Avenue, Suite 203
Ellicott City, MD 21043

Robert S. Thomas, II
Edouard L Benjamin

**Department of Labor Federal Credit Union**
11200 Rockville Pike, Ste. 520
c/o Silverman Theologou, LLP,
N. Bethesda, MD 20852

END OF ORDER