

# HISTORICAL PRIME RATE

## 1983 - Present

| Effective Date | Rate* |
| --- | --- |
| 3/16/2020 | 3.25% |
| 3/4/2020 | 4.25% |
| 10/31/2019 | 4.75% |
| 9/19/2019 | 5.00% |
| 8/1/2019 | 5.25% |
| 12/20/2018 | 5.5% |
| 9/27/2018 | 5.25% |
| 6/14/2018 | 5.00% |
| 3/22/2018 | 4.75% |